UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    LUIS O SAEZ  
    BRISEIDA SAEZ  
        Debtor(s)

Case No. 11-01201

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/12/2011.

2) The plan was confirmed on 04/01/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/16/2012.

5) The case was converted on 04/03/2012.

6) Number of months from filing to last payment: 12.

7) Number of months case was pending: 15.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $32,550.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $9,328.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$9,328.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,374.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $443.28 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,817.28** |

Attorney fees paid and disclosed by debtor:   $826.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACC INTERNATIONAL | Unsecured | 440.81 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS MEDICAL CTR | Unsecured | 380.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTION | Unsecured | 440.00 | NA | NA | 0.00 | 0.00 |
| ARLINGTON RIDGE PATHOLOGY SC | Unsecured | 118.80 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 0.00 | 354.99 | 354.99 | 0.00 | 0.00 |
| AT&T | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 287.50 | NA | NA | 0.00 | 0.00 |
| CRCS | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT INC | Unsecured | 575.00 | NA | NA | 0.00 | 0.00 |
| CROWN MORTGAGE | Secured | 5,234.57 | 5,234.57 | 5,234.57 | 1,020.12 | 0.00 |
| CROWN MORTGAGE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 789.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 1,116.59 | NA | NA | 0.00 | 0.00 |
| KCA FINANCIAL SERVICES | Unsecured | 372.72 | NA | NA | 0.00 | 0.00 |
| LABCORP | Unsecured | 5.49 | NA | NA | 0.00 | 0.00 |
| LOU HARRIS | Unsecured | 102.00 | NA | NA | 0.00 | 0.00 |
| MALCOLM S GERALD | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| MCHENRY RADIOLOGISTS & IMAGIN | Unsecured | 334.78 | NA | NA | 0.00 | 0.00 |
| MEDICAL CENTER ANESTHESIA | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 678.00 | 680.34 | 680.34 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 723.47 | NA | NA | 0.00 | 0.00 |
| NEOPATH S C | Unsecured | 67.75 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 404.00 | 333.50 | 333.50 | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 487.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 379.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NORTHWEST COLLECTORS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| OLIPHANT FINANCIAL CORP | Unsecured | 476.54 | 456.03 | 456.03 | 0.00 | 0.00 |
| OLIPHANT FINANCIAL CORP | Unsecured | 456.03 | 794.23 | 794.23 | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 1,039.00 | 1,193.33 | 1,193.33 | 0.00 | 0.00 |
| PHYSICIAN ANESTHESIA ASSOC | Unsecured | 379.00 | NA | NA | 0.00 | 0.00 |
| PLS LOAN STORE | Unsecured | 1,503.03 | NA | NA | 0.00 | 0.00 |
| PLS LOAN STORE | Unsecured | 1,056.79 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 665.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 421.00 | 421.38 | 421.38 | 0.00 | 0.00 |
| RADIOLOGICAL CONSULTANTS | Unsecured | 1,740.05 | NA | NA | 0.00 | 0.00 |
| REDLINE RECOVERY SRVS | Unsecured | 1,049.44 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 944.00 | 947.98 | 947.98 | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | NA | 155.83 | 155.83 | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 111.65 | NA | NA | 0.00 | 0.00 |
| THE CENTER FOR SPORTS | Unsecured | 2,729.42 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO AUTO FINANCE | Secured | 7,415.66 | 6,332.22 | 6,332.22 | 1,974.03 | 234.40 |
| WELLS FARGO AUTO FINANCE | Secured | 11,086.13 | 8,613.28 | 8,613.28 | 2,970.67 | 311.50 |
| WELLS FARGO AUTO FINANCE | Unsecured | NA | 1,083.44 | 1,083.44 | 0.00 | 0.00 |
| WELLS FARGO AUTO FINANCE | Unsecured | NA | 2,472.85 | 2,472.85 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $5,234.57 | $1,020.12 | $0.00 |
| Debt Secured by Vehicle | $14,945.50 | $4,944.70 | $545.90 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$20,180.07** | **$5,964.82** | **$545.90** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$8,893.90** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,817.28 |
| Disbursements to Creditors | $6,510.72 |
| **TOTAL DISBURSEMENTS:** | **$9,328.00** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 04/25/2012                              By: /s/ Glenn Stearns
                                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**